USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
VICTOR LOPEZ, INDIVIDUALLY AND ON
BEHALF OF ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiffs,

v.

EQX HOTEL MANAGEMENT, LLC,

        Defendant.
---------------------------------------X

Civil Action No. 1:19-cv-04329-RA

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal with Prejudice came on for consideration by the Court. Having considered the Stipulation, IT IS ORDERED, ADJUDGED, AND DECREED that all of the claims and causes of action alleged in this case are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS ORDERED this 27 day of November, 2019.

_____
RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

13

60259404v.1
60306534v.1